IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY ) <br> A/S/A BOWEN LOGISTICS LLC, ) <br> D/B/A DOUG'S PRODUCE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UTILITY TRAILER ) <br> MANUFACTURING CO., INC., ) <br> ) <br> Defendant. ) | CASE NO. 2:20-CV-157-WKW <br> [WO] |

## **ORDER**

On December 4, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 24.) Upon an independent review of the record, it is ORDERED as follows:

(1) The Recommendation (Doc. # 24) is ADOPTED;

(2) Defendant's Motion for Sanctions to Include Dismissal and Award of Reasonable Expenses (Doc. # 19) is GRANTED;

(3) This action is DISMISSED with prejudice; and

(4) Costs are TAXED against Plaintiff in the amount of $15,560.43.

Final judgment will be entered separately.

DONE this 7th day of January, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE